UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE DAVON ROBINS,

　　　　　Plaintiff,

　　v.

DONALD MURPHY,

　　　　　Defendant.

Case No. 15-cv-03166-JST (PR)

**ORDER STAYING ACTION AND REFERRING TO SETTLEMENT PROCEEDINGS**

Pursuant to stipulation of the parties (see dkt. no. 34), this action is hereby REFERRED to Magistrate Judge Nandor Vadas for settlement proceedings. Such proceedings shall take place within 120 days of the date this order is filed, or as soon thereafter as Magistrate Judge Vadas's calendar will permit. Magistrate Judge Vadas shall coordinate a place, time and date for one or more settlement conferences with all interested parties and/or their representatives and, within fifteen days of the conclusion of all settlement proceedings, shall file with the Court a report thereon. The Clerk is directed to send Magistrate Judge Vadas a copy of this order.

In view of the referral, further proceedings in this case are hereby STAYED and the case is ADMINISTRATIVELY CLOSED. If the case is not settled, the Court will enter a new scheduling order for further proceedings.

IT IS SO ORDERED.

Dated: March 24, 2016

_____
JON S. TIGAR
United States District Judge