UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MAURICE DAVON ROBINS, | No. 15-CV-03166 JST (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| DONALD MURPHY, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of MAURICE DAVON ROBINS, inmate no. G42373, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: December 1, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Kern Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of MAURICE DAVON ROBINS, inmate no. G42373, in your custody in the hereinabove-mentioned institution, before the United States District Court in courtroom D of the Federal Courthouse at 450 Golden Gate Avenue, San Francisco, at 10:00 a.m., on January 12, 2017, in order that said prisoner may then and there participate in the

SETTLEMENT CONFERENCE in the matter of Robins v. Murphy, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  December 1, 2016

                                  SUSAN Y. SONG
                                  CLERK, UNITED STATES DISTRICT COURT

                                  By: Linn Van Meter
                                       Administrative Law Clerk

Dated:  December 1, 2016



NANDOR J. VADAS
United States Magistrate Judge